*Kimmel and Silverman, P.C.*

**All Time for Selected File:**

**Gonzales, Alexander v. National Credit Solutions**

Matter Id : 11-00436-CT

| Today's Date: | 11/26/2012 | Client Id : 11-00311 | | | | | |
|---|---|---|---|---|---|---|---|
| **Date** | **Timekeeper** | **Task & Description** | **Time** | **Original Rate** | **Reduced Rate** | **Original Amount** | **Reduced Amount** |
| Aug 4, 2011 | Angela K Troccoli | Initial communication with client - request further information (not billed) | 0.3 | $300.00 | $300.00 | $90.00 | $90.00 |
| Sep 6, 2011 | Angela K Troccoli | Second discussion with client, gather information from client about NCS' actions, advise on possible violations of FDCPA; Review client docs and 16-pg questionnaire; Prepare memo to file regarding file review and conversation with client | 1.5 | $300.00 | $300.00 | $450.00 | $450.00 |
| Sep 12, 2011 | Pete Keltz | Email correspondence with client | 0.1 | $80.00 | $80.00 | $8.00 | $8.00 |
| Sep 15, 2011 | Jason Ryan | Prepare letter of representation, Send to NCS | 0.3 | $155.00 | $130.00 | $46.50 | $39.00 |
| Sep 23, 2011 | Pete Keltz | PC with client - status of case; Email client confirming conversation | 0.3 | $80.00 | $80.00 | $24.00 | $24.00 |
| Oct 7, 2011 | Pete Keltz | Call with client re: status | 0.1 | $80.00 | $80.00 | $8.00 | $8.00 |
| Oct 17, 2011 | Pete Keltz | Email from Client with information about underlying debt | 0.1 | $80.00 | $80.00 | $8.00 | $8.00 |
| Oct 24, 2011 | Joseph Gentilcore | Prepare complaint | 1.0 | $225.00 | $200.00 | $225.00 | $200.00 |
| Oct 31, 2011 | Angela K Troccoli | Reviewed & revised complaint | 1.0 | $300.00 | $300.00 | $300.00 | $300.00 |
| Oct 31, 2011 | Angela K Troccoli | Prepared civil action cover sheet, waiver of service form, notice of lawsuit, etc. | 0.5 | $300.00 | $300.00 | $150.00 | $150.00 |

| Date | Attorney | Description | Hours | Rate | Rate | Amount | Amount |
|---|---|---|---|---|---|---|---|
| Oct 31, 2011 | Angela K Troccoli | Efiled case with the USDC(CT) | 0.1 | $300.00 | $300.00 | $30.00 | $30.00 |
| Oct 31, 2011 | Angela K Troccoli | Receipt and review of ECF email - complaint | 0.1 | $300.00 | $300.00 | $30.00 | $30.00 |
| Oct 31, 2011 | Angela K Troccoli | Filing Fee | | | | $350.00 | $350.00 |
| Oct 31, 2011 | Angela K Troccoli | Receipt and review of ECF email - request for summons | 0.1 | $300.00 | $300.00 | $30.00 | $30.00 |
| Nov 1, 2011 | Angela K Troccoli | Receipt and review of ECF email - Judge added | 0.1 | $300.00 | $300.00 | $30.00 | $30.00 |
| Nov 1, 2011 | Angela K Troccoli | Receipt and review of ECF email - order on pretrial dates | 0.1 | $300.00 | $300.00 | $30.00 | $30.00 |
| Nov 1, 2011 | Angela K Troccoli | Receipt and review of ECF email - electronic filing order | 0.1 | $300.00 | $300.00 | $30.00 | $30.00 |
| Nov 1, 2011 | Angela K Troccoli | Receipt and review of ECF email - notice to counsel | 0.1 | $300.00 | $300.00 | $30.00 | $30.00 |
| Nov 1, 2011 | Angela K Troccoli | Receipt and review of ECF email - electronic summons issued | 0.1 | $300.00 | $300.00 | $30.00 | $30.00 |
| Nov 21, 2011 | Angela K Troccoli | Discuss settlement with CTK and client; Email demand to Defendant's counsel | 0.2 | $300.00 | $300.00 | $60.00 | $60.00 |
| Nov 21, 2011 | Craig Thor Kimmel | Discuss settlement with AKT | 0.1 | $425.00 | $410.00 | $42.50 | $41.00 |
| Nov 22, 2011 | Angela K Troccoli | Email from Defendant's counsel re: settlement; Confer with CTK and client | 0.3 | $300.00 | $300.00 | $90.00 | $90.00 |
| Nov 22, 2011 | Craig Thor Kimmel | Conver with AKT re: settlement | 0.1 | $425.00 | $410.00 | $42.50 | $41.00 |
| Nov 23, 2011 | Angela K Troccoli | Email from Defendant's counsel re: settlement; Confer with CTK and client | 0.2 | $300.00 | $300.00 | $60.00 | $60.00 |
| Nov 23, 2011 | Craig Thor Kimmel | Confer with AKT re: settlement | 0.1 | $425.00 | $410.00 | $42.50 | $41.00 |

| Date | Attorney | Description | Hours | Rate | Adj Rate | Amount | Adj Amount |
|---|---|---|---|---|---|---|---|
| Dec 4, 2011 | Angela K Troccoli | Email from Defendant's counsel re: review of documentation | 0.1 | $300.00 | $300.00 | $30.00 | $30.00 |
| Dec 12, 2011 | Craig Thor Kimmel | Email from Defendant's counsel re: correspondence sent | 0.1 | $425.00 | $410.00 | $42.50 | $41.00 |
| Dec 19, 2011 | Angela K Troccoli | Receipt and review of ECF email - summons returned executed | 0.1 | $300.00 | $300.00 | $30.00 | $30.00 |
| Dec 30, 2011 | Angela K Troccoli | Receipt, review & respond to email from OPC. Looking for assent to file Answer late. I told him I did not oppose his motion but would not assent. | 0.2 | $300.00 | $300.00 | $60.00 | $60.00 |
| Dec 30, 2011 | Angela K Troccoli | Receipt and review of ECF email - notice of appearance | 0.1 | $300.00 | $300.00 | $30.00 | $30.00 |
| Dec 30, 2011 | Angela K Troccoli | Receipt and review of ECF email - motion for extension of time | 0.1 | $300.00 | $300.00 | $30.00 | $30.00 |
| Jan 3, 2012 | Angela K Troccoli | Receipt and review of ECF email - order granting motion for extension of time | 0.1 | $300.00 | $300.00 | $30.00 | $30.00 |
| Jan 6, 2012 | Angela K Troccoli | Receipt and review of ECF email - answer deadline updated | 0.1 | $300.00 | $300.00 | $30.00 | $30.00 |
| Jan 30, 2012 | Angela K Troccoli | Receipt and review of ECF email - answer | 0.1 | $300.00 | $300.00 | $30.00 | $30.00 |
| Jan 30, 2012 | Angela K Troccoli | Review answer | 0.2 | $300.00 | $300.00 | $60.00 | $60.00 |
| Feb 14, 2012 | Angela K Troccoli | Receipt and review of ECF email - notice | 0.1 | $300.00 | $300.00 | $30.00 | $30.00 |
| Feb 15, 2012 | Angela K Troccoli | Receipt and review of ECF email - set deadlines | 0.1 | $300.00 | $300.00 | $30.00 | $30.00 |
| Mar 5, 2012 | Angela K Troccoli | Prepared Rule 26f report-sent to OPC for review- received email from OPC with changes- efiled Report. | 1.5 | $300.00 | $300.00 | $450.00 | $450.00 |
| Mar 6, 2012 | Angela K Troccoli | Prepared SED and discovery requests and sent to OPC via email. | 1.5 | $300.00 | $300.00 | $450.00 | $450.00 |
| Mar 6, 2012 | Angela K Troccoli | Receipt and review of ECF email - notice of efiled calendar | 0.1 | $300.00 | $300.00 | $30.00 | $30.00 |

| Date | Attorney | Description | Hours | Rate | Rate | Amount | Amount |
|---|---|---|---|---|---|---|---|
| Mar 28, 2012 | Angela K Troccoli | T/c with Judge and OPC. Sent OPC settlement demand and agreed to extension date for discovery responses until May 4th. | 0.4 | $300.00 | $300.00 | $120.00 | $120.00 |
| Mar 28, 2012 | Angela K Troccoli | Receipt and review of ECF email - case management order | 0.1 | $300.00 | $300.00 | $30.00 | $30.00 |
| Mar 29, 2012 | Angela K Troccoli | Receipt and review of ECF email - minute entry | 0.1 | $300.00 | $300.00 | $30.00 | $30.00 |
| Mar 30, 2012 | Angela K Troccoli | Receipt and review of ECF email - order referring case | 0.1 | $300.00 | $300.00 | $30.00 | $30.00 |
| Apr 2, 2012 | Angela K Troccoli | Receipt and review of ECF email - notice of efiled calendar | 0.1 | $300.00 | $300.00 | $30.00 | $30.00 |
| May 2, 2012 | Angela K Troccoli | T/c with OPC and Judge-set deadlines for Mediation Conf. Discussed settlement with OPC. Email to CTK re: settlement | 0.4 | $300.00 | $300.00 | $120.00 | $120.00 |
| May 2, 2012 | Craig Thor Kimmel | Email from AKT re: settlement | 0.1 | $425.00 | $410.00 | $42.50 | $41.00 |
| May 2, 2012 | Angela K Troccoli | Receipt and review of ECF email - minute entry | 0.1 | $300.00 | $300.00 | $30.00 | $30.00 |
| May 21, 2012 | Angela K Troccoli | Received and reviewed discovery responses from OPC | 0.5 | $300.00 | $300.00 | $150.00 | $150.00 |
| Jun 14, 2012 | Amy L. Bennecoff | Email exchange with AKT re: status of settlement; Email to CTK about status of demand | 0.3 | $300.00 | $275.00 | $90.00 | $82.50 |
| Jun 14, 2012 | Craig Thor Kimmel | Review email from ALB re: settlement status | 0.1 | $425.00 | $410.00 | $42.50 | $41.00 |
| Jun 14, 2012 | Angela K Troccoli | Receipt, review & respond to several emails from clerk and OPC RE settlement conference. Received Court Notice of Conference moved from July 2nd to July 31st. Email exchange with ALB RE status of settlement. | 0.3 | $300.00 | $300.00 | $90.00 | $90.00 |
| Jun 14, 2012 | Angela K Troccoli | Receipt and review of ECF email - notice of efiled calendar | 0.1 | $300.00 | $300.00 | $30.00 | $30.00 |

| Date | Attorney | Description | Hours | Rate | Rate | Amount | Amount |
|---|---|---|---|---|---|---|---|
| Jun 26, 2012 | Angela K Troccoli | Receipt and review of ECF email - motion to withdraw | 0.1 | $300.00 | $300.00 | $30.00 | $30.00 |
| Jun 27, 2012 | Angela K Troccoli | Receipt and review of ECF email - order | 0.1 | $300.00 | $300.00 | $30.00 | $30.00 |
| Jul 2, 2012 | Angela K Troccoli | Receipt and review of ECF email - set deadlines | 0.1 | $300.00 | $300.00 | $30.00 | $30.00 |
| Jul 31, 2012 | Angela K Troccoli | Receipt and review of ECF email - minute entry entered in error | 0.1 | $300.00 | $300.00 | $30.00 | $30.00 |
| Jul 31, 2012 | Angela K Troccoli | Receipt and review of ECF email - docket entry | 0.1 | $300.00 | $300.00 | $30.00 | $30.00 |
| Aug 1, 2012 | Angela K Troccoli | Receipt and review of ECF email - order | 0.1 | $300.00 | $300.00 | $30.00 | $30.00 |
| Aug 13, 2012 | Angela K Troccoli | Receipt and review of ECF email - order | 0.1 | $300.00 | $300.00 | $30.00 | $30.00 |
| Aug 16, 2012 | Amy L. Bennecoff | Email from AKT about motion for default; Email to CD to prepare; Discuss motion for default with CD; Conduct research for motion for default | 0.5 | $300.00 | $275.00 | $150.00 | $137.50 |
| Aug 16, 2012 | Caroline Diehl | Email from ALB Re: preparing motion for default; Discuss with ALB; Draft docs for default | 1.0 | $180.00 | $180.00 | $180.00 | $180.00 |
| Aug 20, 2012 | Amy L. Bennecoff | Email to AKT about entry of default | 0.1 | $300.00 | $275.00 | $30.00 | $27.50 |
| Aug 20, 2012 | Angela K Troccoli | Email from ALB re: default | 0.1 | $300.00 | $300.00 | $30.00 | $30.00 |
| Aug 21, 2012 | Amy L. Bennecoff | Emails from AKT about motion for entry of default | 0.2 | $300.00 | $275.00 | $60.00 | $55.00 |
| Aug 21, 2012 | Angela K Troccoli | Receipt, review and revise draft motion for default, certification of AKT, proposed order and COS. Efiled with Court and mailed DEF copy. Email correspondence with ALB re: default motion | 0.6 | $300.00 | $300.00 | $180.00 | $180.00 |
| Aug 21, 2012 | Angela K Troccoli | Receipt and review of ECF email - motion for default entry | 0.1 | $300.00 | $300.00 | $30.00 | $30.00 |

| Date | Attorney | Description | Hours | Orig Rate | Red Rate | Orig Total | Red Total |
|---|---|---|---|---|---|---|---|
| Oct 9, 2012 | Angela K Troccoli | Receipt and review of ECF email - order of transfer | 0.1 | $300.00 | $300.00 | $30.00 | $30.00 |
| Oct 12, 2012 | Angela K Troccoli | Receipt and review of ECF email - order for pretrial deadlines | 0.1 | $300.00 | $300.00 | $30.00 | $30.00 |
| Oct 12, 2012 | Angela K Troccoli | Receipt and review of ECF email - electronic filing order | 0.1 | $300.00 | $300.00 | $30.00 | $30.00 |
| Nov 5, 2012 | Amy L. Bennecoff | Email exchange with CTK re: default judgment motion | 0.2 | $300.00 | $275.00 | $60.00 | $55.00 |
| Nov 5, 2012 | Angela K Troccoli | Receipt and review of ECF email - order | 0.1 | $300.00 | $300.00 | $30.00 | $30.00 |
| Nov 5, 2012 | Craig Thor Kimmel | Email correspondence with ALB re: default judgment motion | 0.2 | $425.00 | $410.00 | $85.00 | $82.00 |
| Nov 7, 2012 | Angela K Troccoli | Receipt and review of ECF email - motion for DJ due by 11/26 | 0.1 | $300.00 | $300.00 | $30.00 | $30.00 |
| Nov 7, 2012 | Angela K Troccoli | Receipt and review of ECF email - docket entry correction | 0.1 | $300.00 | $300.00 | $30.00 | $30.00 |
| Nov 20, 2012 | Amy L. Bennecoff | Email exchange with CTK re: DJ motion | 0.2 | $300.00 | $275.00 | $60.00 | $55.00 |
| Nov 20, 2012 | Craig Thor Kimmel | Email correspondence with ALB re: default judgment motion | 0.2 | $425.00 | $410.00 | $85.00 | $82.00 |
| Nov 26, 2012 | Amy L. Bennecoff | Review and edit bill - remove duplicative and non-billable entries, redact to protect attorney client privilege; Prepare certs of attorneys participating in case; Prepare memo of law; Prepare motion | 1.0 | $300.00 | $275.00 | $300.00 | $275.00 |
| | | | **Total File Time** | | | **Original Bill Total** | **Reduced Total** |
| | | | 19.9 | | | $6,074.50 | $5,964.50 |