UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ALEXANDER GONZALES

vs.          CASE NO. 3:11CV1683 (MPS)

NATIONAL CREDIT SOLUTIONS, LLC

## DEFAULT JUDGMENT

The defendant, NATIONAL CREDIT SOLUTION, having failed to appear, plead or otherwise defend in this action and a default under F.R.C.P. 55(a) having been entered on November 5, 2012 and

The plaintiff having filed on November 26, 2012 a motion for default judgment, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, and the Court having considered the full record of the case including applicable principles of law and the court having granted the motion on March 4, 2013 in the amount of $1,000.00, plus attorney's fees and costs in the amount of $5,964.50, it is hereby

ORDERED, ADJUDGED and DECREED that the judgment is entered against the defendant National Credit Solution for $1,000.00, plus attorney fees and costs in the amount of $5,964.50.

Dated at Hartford, Connecticut this 5th day of March, 2013.

ROBIN D. TABORA, Clerk

By _____/s/_____
Devorah Johnson
Deputy Clerk

EOD_____